**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 7, 2012

No. 10-50811
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROBERTO MINOR, also known as Robert Minor,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 6:09-CR-242-1

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Roberto Minor has moved for leave
to withdraw and has filed a brief in accordance with *Anders v. California*, 386
U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Minor
has filed a response. We have reviewed counsel's brief and the relevant portions
of the record reflected therein, as well as Minor's response. We concur with
counsel's assessment that the appeal presents no nonfrivolous issue for appellate
review. Accordingly, counsel's motion for leave to withdraw is GRANTED, and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

counsel is excused from further responsibilities herein.  Minor's motion for leave to file a supplement to his pro se response to counsel's initial brief in this matter is DENIED AS UNNECESSARY, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.